

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Anita Saint and Jonathan Saint, Appellant

No. 06-12-00091-CV        v.

Samuel B. Bledsoe and Dale Rose,
Administrator of the Estate of Blake M.
Bledsoe, Deceased, Appellee

Appeal from the 115th District Court of
Upshur County, Texas (Tr. Ct. No. 225-11).
Opinion delivered by Chief Justice Morriss,
Justice Carter and Justice Moseley
participating.    Concurring Opinion by
Justice Carter.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellants, Anita Saint and Jonathan Saint, pay all costs of this appeal.

RENDERED OCTOBER 30, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk